IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DARNELL WESLEY MOON,

                                                                                 ORDER

                Plaintiff,

                                                               09-cv-177-slc

     v.

FEDERAL BUREAU OF PRISONS;
Chaplain GEORGE JONES, Chaplain;
CAROL HOLINKA, Warden;
MARION FEATHERS,
Associate Warden of Programs;
Lieutenant J. MARTEN,
Special Housing Unit Lieutenant;,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      On April 16, 2009, this court entered an order granting plaintiff an extension of time until May 14, 2009, in which to pay an initial partial payment of the $350 filing fee in the amount of $12.66. The court has not received plaintiff's initial partial payment. Therefore, he cannot continue with this lawsuit. Plaintiff's motions to amend the complaint (dkt. ##5-7) will be denied.

1

ORDER

IT IS ORDERED that this case is DISMISSED without prejudice to plaintiff's refiling his lawsuit at some future time.

Further, IT IS ORDERED, that plaintiff's motions to amend the complaint (dkt. ##5-7) are DENIED.

Entered this 29th day of May, 2009.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge